Received 4/17/19 (Date)
Scanned at LAC and E-mailed on 4/17/19 by JM
Number of pages scanned: 4

FILED
CLERK, U.S. DISTRICT COURT
APRIL 17, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

1 Jonathan Grigsby
2 T-61830 C4-114
  CSP-LAC P.O. Box 8457
3 Lancaster, Ca 93539

4
5       United States District Court
6       Central District of California
            Western Division
7 Jonathan Grigsby
       Plaintiff,                   No. CV 18-9826-JLS (PLA)
8
       v.                           Order RE: Motion seeking
9 Debbie Asuncion, et al.,          Truth not False Statement(s).
10     Defendant(s)
11
12   Judge Abrams all due respect your writing court orders
13 putting things in record that ar trivial or causing issue with me
14 for several reasons? I have no reason to lie about anything I
15 send in motion form?
16   I'm going to file this motion seeking a answer to "ALL"
17 stuff I've wrote? April 9, 2019 you file minute order stating
18 I seek issuance of summons two? 2 groups of employees? —
   Thus 20 to 24 defendants I state under penalty of perjury the
19 foul sadistic malice actions done to me?
20   (Exhibit F) is defendants you acknowledge in my civil action?
21 So why are you speaking in April 9, 2019 minute order Doket 33?
22 I have sued all defendants on (exhibit F)? And reason I'm
23 alerting the court is because I'm not a lawyer or you don't understand
24 my filings you make my prosecuting my case difficult?
     April 9, 2019 on your minute order you state people from
25 AVR? Thats not a true statement? Everybody on exhibit is defendant?
26 Again I never wrote a motion ask a defendant to waiver
27 answering my summons and complaint? I'm starting to see you
   are not being fair and going out your way to make things hard
28

(i)

difficult because youve labeled me a 3-strike litigant and thats a non-truth? My previous legal action CDCR settled and after settled here we are again one show malicious and sadistic actions of Dept. of Corrections and defendants named?
Fed Rule Civil Procedure 4 summons says 60 days from date received? I'm at try court now and tell court CDCR has refused to respond or acknowledge any of my adverse issues?
If Magistrate Judge Paul L. Abrams is going to prohibit my filing? Then I'll take steps to get a new Magistrate if Judge Abrams don't understand my pleadings or want to respond as part of Judge job over my civil suit?
Ive made the litigation coordinator D. Sanchez aware of summons and civil lawsuit? With all due respect can you Judge please respond to my pleading in simplest way?

April 17, 2019                               Jonathan Murphy

(2)

(exhibit F)

CV 18-9826-JLS-PLA / Jonathan Grigsby vs. Debbie Asuncion, et al.

Complaint:                                                        23 defendant(s)

Jonathan Grigsby, plaintiff

vs.

✓ RN, Nurse
✓ S. Gates, Chief Medical
✓ R. Ramos, M.D.  B. Ramos
✓ T. Lewandowski, Associate Warden
✓ Debbie Asuncion, Warden
✓ C/O Escajeda, Correctional Officer
✓ Tower C/O 1st C/O Skidmore, Tower Correctional Officer
✓ K. Estrada, Appeals Office
✓ Ralph Diaz, Operations Undersecretary
✓ O. Eguavneon, Counsel Supervisor, CC II
✓ Lt. Schumacher, Lieutenant
✓ J. Curiel, Appeal Coordinator
✓ Rosen Bren, Lawyer in R&G&G LLP
✓ Dylan Verner-Crist, Paralegal
✓ Captain Villa, Captain
✓ Sgt. Godfrey, Sergeant
✓ D. Castro, CCI
✓ C/O Dunn, C/O in LAC Prison
✓ L. Mason, Supervisor Health Appeals
✓ Internal Affairs Supervisor, Investigation of Complaints - Joseph Galvan

Dr. apra?
R.C. Johnoan?
Minh Voong?

## PROOF OF SERVICE BY MAIL

(CCP §§1013(a), 2015.5; 28 U.S.C. §1746)

I, Jonathan GRIGSBY, hereby declare that I am over the age of 18, I am the petitioner in the above-entitled cause of action, and my legal mailing address CSP-LAC C4 - 114, P.O. Box 8457, Lancaster, CA 93539-8457.

On April 17, 2019, I delegated to prison officials the task of mailing, via the institution's internal mail system (Houston v. Lack, 487 U.S. 266 [101 L. Ed. 2d 245; 108 S. Ct. 2379] (1988)), the below entitled legal document(s): I filed motion seeking truth not false statements?

by placing said documents in a properly addressed and sealed envelope, with postage fully prepaid, in the United States Mail, deposited in the manner provided by CSP-LAC, and addressed as follows:

U.S.D.C
Central District Calif
Office of Clerk
Christianna Howard
312 North Spring Street
LA, CA 90012

I further declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 17 day of April, 2019 at the California State Prison - Los Angeles County.

Jonathan Grigsby