Jonathan Grigsby
T-61830 CSP-LAC
P.O. Box 8457
Lancaster, Ca 93539

FILED
CLERK, U.S. DISTRICT COURT
April 22, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ________________ DEPUTY

United States District Court Central District of California

JLS - PLA

Jonathan Grigsby
Plaintiff
v
Debbie Asuncion et al.,
Defendant(s)

Case # 2:18-cv-09826

Motion Change of address

your honor my address is changing to 855 east Denwall Drive Carson, Calif. 90746 Jonathan Grigsby as of ~~Feb. 11 2019~~ April 19, 2019 I'll be at this carson address.

Thank you
Jonathan Grigsby

UNITED STATES DISTRICT COURT
Central DISTRICT OF CALIFORNIA

Jonathan Grigsby

v.

Debbie Asuncion et al.

Case Number: 2:18-cv-09826

PROOF OF SERVICE

I hereby certify that on April 19, 2019, I served a copy of the attached change of address, by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at

P.O. Box 8457 Lancaster, Ca 93539

(List Name and Address of Each Defendant or Attorney Served) U.S.D.C

~~255 East Temple Street, Room 180~~

LA.CA 90012

OR

312 North Spring Street
LA CA 90012

I declare under penalty of perjury that the foregoing is true and correct.

Jonathan Grigsby
(Signature of Person Completing Service)

California State Prison - Los Angeles County
Name: Jonathan Grigsby
CDC #: T-61830
Facility C Building 4 Bed 114
P.O. Box 8457
Lancaster, CA 93539
CALIFORNIA DEPARTMENT OF CORRECTIONS AND
REHABILITATION INDIGENT INMATE MAIL
Facility Post Office Boxes
Facility A - P.O. Box 4430
Facility B - P.O. Box 4490
Facility C - P.O. Box 4610
Facility D - P.O. Box 4670
Minimum (MSF) 4730
Legal Mail - P.O. Box 8457
Money Orders - P.O. Box 8487
PLA
RECEIVED
CLERK, U.S. DISTRICT COURT
APR 2 2 2019
DISTRICT OF CALIFORNIA
BY
DEPUTY
State Prison
Generated Mail
C4
Legal Mail
Hasler
04/17/2019
US POSTAGE $000.50
FIRST-CLASS MAIL
ZIP 93536
011D11654181
U.S.D.C.
Central District of California
Office of Clerk
312 North Spring Street
Los Angeles, Ca 90012
Attn: Chrishanna Howard
90012$4701 C004



legal mail

4·16·19

## UNAUTHORIZED ITEMS WITHIN INMATE MAIL

If mail contains these items, it will result in an issuance of a CDC Form 1819 Notification of Disapproval

- No Peel & Seal, padded, cardboard or bubble wrap envelopes.
- No cardstock, sketch pads, construction paper or colored paper.
- No musical greeting cards, videos, CD's, or cassette tapes.
- No cash. No pens, pencils, or markers.
- No identification cards, credit cards, bank cards, phone cards, etc.
- No polaroid photographs, negatives, slides, or photo albums. No photos depicting drugs and/or drug paraphernalia. No photos, drawings, magazines, and/or pictorials displaying frontal nudity of either gender. Nothing which depicts, displays, or describes sexual penetration or sexual acts.
- No gang affiliated material, hand gestures, or signs.
- No items of clothing, food, hard plastic, metal, wood items, magnets, rubber, stickers, glue and/or glitter.
- No tattoo patterns or tracing patterns. No jewelry.
- No mail containing unknown substance, any powder, liquid and/or solids.
- No unauthorized correspondence between inmates/parolees.
- No lipstick, perfume, cologne, and scents on the contents or envelope.
- No items which may be deemed a threat to the safety and security of the institution, or any correspondence deemed circumvention of the mail policies and procedures.
- All incoming mail must have full return address.

## AUTHORIZED ITEMS WITHIN INMATE MAIL

- 40 postage stamps/40 envelopes **(Prepaid postage must not show the date)**
- Letters/greeting cards
- 10 photographs (no larger than 8" x 10")
- Checks/money order with Inmate's name and CDC#
- Writing paper (white/yellow lined only)
- Publications (books, magazines, newspapers) **MUST** come directly from vendor
- For funds to be mailed directly to Inmates account, send through www.jpay.com or (800) 574-5729