FILED
CLERK, U.S. DISTRICT COURT
May 15, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ________________ DEPUTY

Jonathan Grigsby
T-61830 C4-114
CSP-LAC P.O. Box 8457
Lancaster, Ca 93539

United States District Court
Central District of California
Western Division

Jonathan Grigsby
Plaintiff,
v
Debbie Asuncion, et al.,
Defendant(s)

No. CV 18-9826-JLS(PLA)
Order RE: extension of time 45 days to serve 23 defendants.

Judge Abrams I serve 23 defendants thru legal mail on April 8, 2019 and April 9, 2019, and April 11, 2019 and April 14, 2019?

May 7, 2019 litigation Coordinator Daniel Sanchez has prohibited me from serving the defendants. Because I filed these summons and civil cover sheets thru C/O Richardson in C4 building.

I received other day information that refuses to acknowledge that I hadnt got permission or reasonable excuse because yesterday I received 15 summons and complaints to be filed I need extension of time.

Please give me 30 to 45 days to get summons out and find out if Internal affairs Joseph Galvan?, C/o Dunn and Dylan Crist, Rosen Bien, Ralph Diaz, O. Egwaoen, S. Sato, and RN Nurse is going to respond because there summons and complaints never came back?

Judge Im inclosed a copy of April 30, 2019 letter from Daniel Sanchez showing he never respond to 22 request for interview where I explain Im a prison on level 4 prison yard no money and need to serve CDCR employee summons and complaint? I served 23 I got back 15 complaints and summons 2 which have paid postage on them addressed to addressed to C/o Escajeda and Lieutenant D. Schumacher who was promoted to Captain after violating my 14th amend. right in motion I filed you early that you said if my filing fee isnt paid it means nothing.

I need extension of time to serve 15 defendants and need to know if 8 high lighted are responding to summons you provided?

d May 12, 2019

Janathon Murphy

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION GAVIN NEWSOM, GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
**CALIFORNIA STATE PRISON-LOS ANGELES COUNTY**
44750 60th Street West
Lancaster, CA 93536



April 30, 2019

Mr. Jonathan Grigsby
855 E. Denwall Drive
Carson, CA 90746

Re: John Grigsby (T61830) v. Debbie Asuncion, et al.
USDC, Central District, CV 18-9826-JLS (PLA)

Dear Mr. Grigsby:

Enclosed, please find the original Summons and Complaint, for the above captioned case, received from you, Mr. Grigsby, via institutional mail on April 15, 2019. They are being returned as they are not properly served.

Should you have any questions regarding the above, please seek the advice of legal counsel.

Daniel Sanchez
Litigation Coordinator
CSP – Los Angeles County

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| Bugsby Jonathan | T-61830 | Jonathan Bugsby |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM ___ TO ___ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| C4-114 | PIA Delinquent Factory | 6:45 to 2:45 | alert lit.; coor. of summons & complaint |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: I mailed three institutional mail of summons and civil legal action 2:18 cv 07826? C/o Richardson is officer who sorted and seal legal mail going to L. Mason (health care supervisor), Debbie Asuncion (Warden), T. Lewandowski (associate warden) and Kelly K. Estrada (CCII appeals coor.) You put on notice as CDCR institutional mail and/or confidential mail has been not reaching courts or agency?

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☒ SENT THROUGH MAIL: ADDRESSED TO: Litigation Coordinator D. Sanchez DATE MAILED: 4/8/2019

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| | | | |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |
|---|---|---|
| Litigation Coordinator D. Sanchez | 4-8-2019 | (circled) BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print) (Last Name) (First Name) | | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| GRIGSBY Jonathan | | T-61830 | Jonathan Grigsby |
| HOUSING/BED NUMBER: C4-111 | ASSIGNMENT: PIA - Detergent | HOURS FROM: [illegible] TO: 2:45 | [illegible] |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: I'm sending the last 3 summons and complaints D. [illegible] (CC2), Lt Schumacher, Minh Voong (Appeal Chief) c/o Escareño (3 Watch) not legal mail! This is for record as legal is documented and will show how CDCR refuses to acknowledge or respond in C/D policy and procedure

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☑ SENT THROUGH MAIL: ADDRESSED TO: D. Sanchez Litigation Coordinator DATE MAILED: 4/16/2019

☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| | | | |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |
|---|---|---|
| D. Sanchez Litigation Coordinator | 4-16-2019 | BY US MAIL (circled) |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

PROOF OF SERVICE BY MAIL

(CCP §§1013(a), 2015.5; 28 U.S.C. §1746)

I, Jonathan Brigsby, hereby declare that I am over the age of 18, I am the petitioner in the above-entitled cause of action, and my legal mailing address CSP-LAC ____-_____, P.O. Box 8457, Lancaster, CA 93539-8457.

On May 10, 2019, I delegated to prison officials the task of mailing, via the institution's internal mail system (Houston v. Lack, 487 U.S. 266 [101 L. Ed. 2d 245; 108 S. Ct. 2379] (1988)), the below entitled legal document(s): motion for extension of time

by placing said documents in a properly addressed and sealed envelope, with postage fully prepaid, in the United States Mail, deposited in the manner provided by CSP-LAC, and addressed as follows:

USDC sending to
Central District of Calif
office of Clerk
Christianne Howard
312 North Spring Street
LA, CA 90012

I further declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 10 day of May, 2019 at the California State Prison - Los Angeles County.

Jonathan Brigsby


SANTA CLARITA CA 913
11 MAY 2019 PM 5 L
PEACE
U.S.D.C.
Central District of California
Office of Clerk
Christianna Howard
312 North Spring Street
Los Angeles, Ca 90012
CLERK U.S. DISTRICT COURT
RECEIVED
MAY 15 2019
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY
Jonathan Grigsby
855 E. Denwall Dr.
Carson, Ca 90746