FILED
CLERK, U.S. DISTRICT COURT

JUNE 27, 2019

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

1. Jonathan Grigsby
2. T-61830 C4-114
3. CSP-LAC P.O. Box 8457
4. Lancaster, Ca 93539

United States District Court
Central District of California
Western Division

Jonathan Grigsby
   Plaintiff,
   v.
Debbie Asuncion, et al.,
   Defendant(s)

No. CV 18-9826-JLS (PLA)

Order RE: No Response from Marshals or your Court Clerk

Judge Abrams Ive called U.S. Marshals on 3 different times its recorded on Court record system? and Ive been told I need a court order from you to have defendants served?

I also work hard in calling your court clerk and I left a message to tell court of issuance of documents to U.S. Marshals.

I'm covering my side of sheet as because of issues beyond my control I need 1 more extension as nobody in court has return my calls or inquiries? I need 30 more days and if I cant get serve your honor I leave this matter alone. I'm tired of people not doing their jobs.

6-25-2019                         Jonathan Grigsby

PROOF OF SERVICE BY MAIL

(CCP §§1013(a), 2015.5; 28 U.S.C. §1746)

I, _Jmdy Phyr_, hereby declare that I am over the age of 18, I am the petitioner in the above-entitled cause of action, and my legal mailing address CSP-LAC ____-____, P.O. Box 8457, Lancaster, CA 93539-8457.

On _6-25-2019_, I delegated to prison officials the task of mailing, via the institution's internal mail system (Houston v. Lack, 487 U.S. 266 [101 L. Ed. 2d 245; 108 S. Ct. 2379] (1988)), the below entitled legal document(s): _motion seeking 30 day extension_

by placing said documents in a properly addressed and sealed envelope, with postage fully prepaid, in the United States Mail, deposited in the manner provided by CSP-LAC, and addressed as follows:

U.S. DC
255 E. Temple St.
L.A. CA 90012-332

I further declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this _25_ day of _June_, 20_19_ at the California State Prison - Los Angeles County.

_Jonathan Ivy_

J. Brigsby
855 E. Dunwalk Dr.
Cowan, Ca 90746

Legal Mail
25 JUN 2019 PM 8 L

U.S.D.C.
255 E. Temple Street
LA, CA 90012-3332
(Case # 18-9826 JLS (PLA)



RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 27 2019
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY