UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.: **CV 18-9826-JLS (PLA)**　　　　　　　　　　　　　　　Date: **July 2, 2019**

Title:　**Jonathan Grigsby v. Debbie Asuncion, et al.**

---

**PRESENT:  THE HONORABLE    PAUL L. ABRAMS**
　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

| **Christianna Howard** | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**　　　　　**ATTORNEYS PRESENT FOR DEFENDANT(S):**
　　　　　NONE　　　　　　　　　　　　　　　　　　　　　　NONE

**PROCEEDINGS:**　　　　**(IN CHAMBERS)**

On June 27, 2019, plaintiff filed a document entitled "Order Re: No Response from Marshals or Your Court Clerk," in which he complains that he has been unable to contact the U.S. Marshals and the court clerk, has only been able to leave messages, and needs a court order to have the defendants served. Plaintiff is "tired of people not doing their jobs." (ECF No. 95).

On March 19, 2019, the Court denied plaintiff's Motion seeking an order that the U.S. Marshal serve the summons and complaint on the defendants named in the complaint (approximately 20 defendants). (ECF Nos. 32, 33). On April 9, 2019, in response to another motion, the Court warned plaintiff that if service is not waived by defendants, then plaintiff must proceed with some other form of service consistent with the Federal rules. (ECF Nos. 61, 62). On May 28, 2019, the Court granted plaintiff's May 15, 2019, request for an extension of 45 days to serve 23 defendants in this action (ECF Nos. 93, 94), but again advised him that the method of service of the summons and Complaint that he chooses to use must be timely and must comply with the Federal Rules of Civil Procedure. (ECF No. 94). The Court advised that it would not be sympathetic to a future request for additional time to serve defendants if it turns out that plaintiff has been attempting to serve those defendants in a manner that is not authorized by federal rules. (Id.).

Plaintiff's June 27, 2019, request that the U.S. Marshal serve the summons and complaint in this action is **denied** for the same reasons as previously set forth (see ECF No. 33). It is in fact *plaintiff's* job to effect service in this action, and his time for doing so will soon expire. Plaintiff is also advised that contact with the Court must be through written motion, not by telephone call.

cc:　　Jonathan Grigsby, pro se

Initials of Deputy Clerk　　ch