UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.: **CV 18-9826-JLS (PLA)**                                   Date: **July 29, 2019**

Title:   **Jonathan Grigsby v. Debbie Asuncion, et al.**

---

**PRESENT: THE HONORABLE    PAUL L. ABRAMS**
**UNITED STATES MAGISTRATE JUDGE**

| **Christianna Howard** | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**            **ATTORNEYS PRESENT FOR DEFENDANT(S):**
           NONE                                                                    NONE

**PROCEEDINGS:**       **(IN CHAMBERS)**

On March 19, 2019, the Court denied plaintiff's Motion seeking an order that the U.S. Marshal serve the summons and complaint on the defendants named in the complaint (approximately 20 defendants). (ECF Nos. 32, 33).  On April 9, 2019, in response to another motion, the Court warned plaintiff that if service is not waived by defendants, then plaintiff must proceed with some other form of service consistent with the Federal rules. (ECF Nos. 61, 62).  On April 16, 2019, summonses were issued as to defendants in this action.  On May 28, 2019, the Court granted plaintiff's May 15, 2019, request for an extension of 45 days to serve 23 defendants (ECF Nos. 93, 94), but again advised him that the method of service of the summons and Complaint that he chooses to use must be timely and must comply with the Federal Rules of Civil Procedure. (ECF No. 94).  The Court advised that it would not be sympathetic to a future request for additional time to serve defendants if it turns out that plaintiff has been attempting to serve those defendants in a manner that is not authorized by federal rules.  (Id.).

As of this date, plaintiff has not filed a single proof of service as to any defendant in this matter.  Accordingly, **no later than August 12, 2019**, plaintiff is ordered to show cause why this action should not be dismissed for failure to prosecute and to follow court orders.


cc:     Jonathan Grigsby, pro se




                                                                                       Initials of Deputy Clerk       ch