**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JONATHAN GRIGSBY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DEBBIE ASUNCION, <u>et</u> <u>al.</u>,<br><br>　　　　　　Defendants. | No. CV 18-9826-JLS (PLA)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, and the Magistrate Judge's Final Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1.　　The Final Report and Recommendation is accepted.

2.　　Judgment shall be entered consistent with this Order.

3.　　The clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: 03/12/2020

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE