JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | | |
|---|---|---|
| JONATHAN GRIGSBY, | ) | No. CV 18-9826-JLS (PLA) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| DEBBIE ASUNCION, <u>et</u> <u>al.</u>, | ) | |
| Defendants. | ) | |

Pursuant to the Order Accepting the Magistrate Judge's Final Report and Recommendation,

IT IS ADJUDGED that the Second Amended Complaint in this action is dismissed without further leave to amend for failure to state a claim, and that this action is dismissed with prejudice.

DATED: 03/12/2020

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE